```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602060591
Cashier ID: estrong
Transaction Date: 12/16/2020
Payer Name: SEGREST LAW PC
----------------------------------------
CIVIL FILING FEE- NON-PRISONER
 For: SEGREST LAW PC
 Case/Party: D-ALM-2-20-CV-001034-001
 Amount:         $402.00
----------------------------------------
CHECK
 Check/Money Order Num: 11001
 Amt Tendered:   $402.00
----------------------------------------
Total Due:       $402.00
Total Tendered:  $402.00
Change Amt:      $0.00
```

2:20-cv-01034

: Stanley v. Neptune Technology Group