IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SANDY JO STANLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: 2:20-cv-1034-SMD |
| | ) | |
| NEPTUNE TECHNOLOGY GROUP, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On January 6, 2022, the parties filed a Joint Stipulation of Dismissal with Prejudice (Doc. 26) in this case. Invoking Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] the Stipulation, signed by both parties, stated that this action should be dismissed with prejudice, with each party to bear her or its own costs and fees. Upon consideration of the parties' stipulation, which comports with the Federal Rules, this action is dismissed with prejudice on the terms agreed to by the parties.

The Clerk of Court is DIRECTED to close the case.

DONE this 18th day of January, 2022.

Stephen M. Doyle
CHIEF U.S. MAGISTRATE JUDGE

---

[1] The Stipulation cited Rule 41(a)(1)(ii). However, this appears to be a scrivener's error.